United States District Court
Central District of California

JS-3

| UNITED STATES OF AMERICA vs. | Docket No. | EDCR25-00188-JGB-1 |
|---|---|---|
| **Defendant** DANIEL JAMES ALEXANDER | Social Security No. | 4  1  8  9 |
| akas: NONE | | (Last 4 digits) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

| | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | Nov | 3 | 2025 |

**COUNSEL**      Chad Pennington, DFPD
(Name of Counsel)

**PLEA**  [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**  There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of:

**Count 1:** 18 U.S.C. § 641: Theft of Government Property

**JUDGMENT AND PROB/COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant Daniel James Alexander is hereby committed on Count One of the Indictment the custody of the Bureau of Prisons for a term of 12 months and one day with no supervised release to follow.**

It is ordered that Defednant pay restitution to the United States of Amercia in the amount $17,914.98.

No supervision is imposed.

Defendant was informed of his right to appeal.

November 20, 2025
Date

Jesus G. Bernal, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

November 20, 2025
Filed Date

By
Maynor Galvez, Deputy Clerk